UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Ana Pérez – Rodríguez

VS.

Caleb Brett USA, Inc.

CIVIL NO. _98-1185_ (JAF)

---

### DESCRIPTION OF MOTION

DATE:
FILED:              DOCKET:#      Title:

( )Plffs            ( )Defts

( )Government       ( )Other

### O R D E R

Proposed pretrial order approved.

Parties granted until Sept 15 to

finally announce the results of pending

settlement negotiations. Case to

return to chambers for follow

up after 9/15.

s/cc: Alvarado
      Delgado
      8/31/99

8/30/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

15