UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Ana Pérez-Rodríguez

vs.

Caleb Brett USA, Inc.

CIVIL NO. 98-1185 (JAF)

### DESCRIPTION OF MOTION

DATE:
FILED:         DOCKET:#      Title:

( ) Plffs        ( ) Defts

( ) Government   ( ) Other

*RECEIVED & FILED 99 OCT -4 PM 1:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

### ORDER

Parties must announce the results of settlement negotiations as previously ordered. 10 days.

10-1-99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(16)