UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANA M. PEREZ RODRIGUEZ, | * | |
| Plaintiff, | * | Civil No. 98-1185 (JAF) |
| v. | * | |
| CALEB BRETT USA, INC., D/B/A INTERTEK TESTING SERVICES, | * | |
| Defendant. | * | |

## J U D G M E N T

The parties' "Joint Motion for Voluntary Dismissal", filed on November 12, 1999, <u>Docket Document No. 20</u>, is **GRANTED**. Judgment is entered dismissing this case with prejudice, each party to bear its own costs, expenses, and attorney's fees.

San Juan, Puerto Rico, this 16th day of November, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)